THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EYE ASSOCIATES NORTHWEST P.C., | CASE NO. C18-1312-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SENTINEL INSURANCE COMPANY LIMITED, part of the HARTFORD FIRE & CASUALTY GROUP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadlines for expert disclosures and dispositive motions in this case (Dkt. No. 24). Having thoroughly reviewed the motion and the relevant record, the Court GRANTS the motion. The expert testimony deadline in this case is hereby EXTENDED to April 1, 2019. The dispositive motions deadline in this case is hereby EXTENDED to April 1, 2019.

//

//

//

//

DATED this 13th day of February 2019.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk