THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EYE ASSOCIATES NORTHWEST, P.C., | CASE NO. C18-1312-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SENTINEL INSURANCE COMPANY, LIMITED, part of the HARTFORD FIRE & CASUALTY GROUP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline cutoff and re-note pending motions (Dkt. No. 42). Finding good cause, the Court hereby GRANTS the motion. The discovery deadline in this case is hereby EXTENDED from February 14, 2019 to April 12, 2019. The Clerk is DIRECTED to re-note Plaintiff's pending motion to amend complaint (Dkt. No. 30) to March 15, 2019 and Plaintiff's pending motion for partial summary judgment (Dkt. Nos. 26, 32) to March 22, 2019.

//

//

//

1       DATED this 7th day of March 2019.

                                      William M. McCool
                                      Clerk of Court

                                      s/Tomas Hernandez
                                      Deputy Clerk

MINUTE ORDER
C18-1312-JCC
PAGE - 2