THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EYE ASSOCIATES NORTHWEST, P.C., | CASE NO. C18-1312-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SENTINEL INSURANCE COMPANY, LIMITED, part of the HARTFORD FIRE & CASUALTY GROUP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for dismissal with prejudice (Dkt. No. 47). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 18th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1312-JCC
PAGE - 1